UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HUNTINGTON NATIONAL BANK,

    Plaintiff,

vs.

VIVIAN LOUISE THOMPSON,

    Defendant.

Case No. 3:15-cv-379

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

**ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 5)**

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. 5), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on November 18, 2015 (Doc. 5) is **ADOPTED** in full;

2. This case is **REMANDED** to the Montgomery County, Ohio Court of Common Pleas pursuant to 28 U.S.C. §§ 1915(e)(2), 1447(c);

3. Plaintiff's motion to remand (doc. 4) is **DENIED AS MOOT**; and

4. This case is **TERMINATED** on the Court's docket.

Date: 12-9-15

                                                                WALTER HERBERT RICE
                                                               UNITED STATES DISTRICT JUDGE